SEYFARTH SHAW LLP
Michael Afar (SBN 298990)
Email: mafar@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorney for Movant
Omnicare, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Omnicare, Inc., <br><br> Movant, <br><br> v. <br><br> R & W Delivery, LLC, <br><br> Respondent. | Case No. 2:21-mc-75 <br><br> **OMNICARE, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL R & W DELIVERY, LLC'S COMPLIANCE WITH NONPARTY SUBPOENA** |

**TO THE HONORABLE COURT, RESPONDENT, AND ITS ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, as soon as the matter may be heard in the above-entitled Court located at the First Street United States Courthouse, 350 W 1st Street, Suite 4311, Los Angeles, CA 90012-4565, Movant Omnicare, Inc. ("Omnicare") will and hereby does move, pursuant to Federal Rule of Civil Procedure 45(d)(2), for Respondent R & W Delivery, LLC ("R & W") to comply with a duly issued non-party subpoena for documents.

The motion is made on the following grounds:

1. On December 30, 2020, Omnicare served a non-party subpoena on R & W, via substituted service on the California Secretary of State's Office, seeking documents that would permit it to comply with an order issued by the U.S. District Court for the Southern District of West Virginia in *Cathy Hager v. Omnicare, Inc.*, No. 5:19-cv-00484 (S.D. W. Va.).  Specifically, Omnicare was ordered to request and provide driver names and contact information for putative collective members, who worked through third-party vendors.  R & W is a subcontractor of one of the third-party vendors, and the subpoena at issue is tailored to uncover the information envisioned by the *Hager* court's order.  The subpoena sets a place for compliance that is within this District.

2. Given the *Hager* court's directive, Omnicare's subpoena requests are relevant and proportional to the needs of the *Hager* litigation.  For the same reason, any burden they may impose upon R & W is not undue.

3. Moreover, R & W has failed to respond to the subpoena, despite that the date for compliance has passed.  It has therefore waived any objections to the subpoena.

This Motion is based on this Notice of Motion, the accompanying Memorandum of Law in support thereof and attachments thereto, the accompanying Declaration of Andrew M. McKinley and attachments thereto, any other matters presented to the Court at the time of the hearing, and any other matter the Court deems just and proper.

OMNICARE, INC.'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENA

1  DATED: February 3, 2021            Respectfully submitted,

                                      SEYFARTH SHAW LLP


                                      By: /s/ *Michael Afar*
                                          Michael Afar
                                          Attorney for Movant
                                          Omnicare, Inc.